UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| R.C.F., a minor, by and through his mother, DONNA ANDERSON, ) ) ) Plaintiff ) ) v. ) ) ) RANGELEY LAKES HERITAGE TRUST, INC., ) ) ) Defendant ) | Case No. 1:17-cv-000250-NT |

**ORDER APPROVING MINOR'S SETTLEMENT**

After notice to all parties and in consideration of the Plaintiff's Verified Motion for Approval of Minor's Settlement, the Motion for Approval of Settlement pursuant to Rule 41.2 of the United States District Court for the District of Maine Federal Rules of Civil Procedure is hereby approved. Settlement of the claim of R.C.F. against Rangeley Lakes Heritage Trust, Inc., for damages sustained by R.C.F. is hereby approved and confirmed. In addition to terms in the public interest agreed upon by the parties, the monetary terms of the settlement terms are as follows:

A.  Donna Anderson, through counsel, has set up the "R.C.F. Supplemental Needs Trust," for which she will act as Trustee.

B.  Defendant or its insurer will pay the sum of $xxxxxxxxx as follows:

   1. The sum of $_____ shall be made by check, payable to RJ Cole-Freeman, Special Needs Trust, Donna Anderson, Trustee.

   2. The sum of $xxxxxxxx shall be made by check, payable to Disability Rights Maine for attorney's fees and costs incurred by Plaintiff's counsel.

   3. Said payments shall be delivered to Disability Rights Maine, 24 Stone Street, Suite 204, Augusta, ME 04330.

C.  It is further Ordered:

   1. That Kristin Aiello, Esq., attorney for Plaintiff, not later than 30 days after entry of this Order approving the settlement, shall filed a sworn affidavit verifying that the funds paid have been deposited as required by the court order, stating the depository financial institution and account number, and certifying that a copy of the Court's order with restrictions on withdrawal, if any, has been provided to the depository financial institution.

2. That Donna Anderson, as mother and guardian of minor Plaintiff, R.C.F., is hereby authorized to execute a release on behalf of R.C.F.

Date: 1/30/2018

/s/ Nancy Torresen
U.S. Chief District Judge