UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| R.C.F., a minor, by and through his mother, DONNA ANDERSON,<br><br>    Plaintiff<br><br>v.<br><br>RANGELEY LAKES HERITAGE TRUST, INC.,<br><br>    Defendant | Case No. 1:17-cv-000250 |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii)**

NOW COME the parties to this action, through the undersigned attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), here by dismiss this action and all claims, including claims for attorney's fees, that were or could have been asserted therein, with prejudice and without costs.

Date:                                                                 Jointly submitted,

/s/*Kristin L. Aiello*
Kristin L. Aiello, Esq.
Disability Rights Maine
24 Stone Street, Suite 204
Augusta, ME  04330
(207) 626 2774
kaiello@drme.org

*/s/Mark V. Franco*
Mark V. Franco, Esq.

/s/*Julia G. Pitney*
Julia B. Pitney, Esq.
DrummondWoodsum
84 Marginal Way, Suite 600
Portland, ME 04101-2480
(207) 791-1100
mfranco@dwmlaw.com
jpitney@dwmlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2018, I electronically filed the foregoing Joint Stipulation of Dismissal using the CM/ECF system which will send notice of electronic filing to parties and counsel of record.

>*/s/ Kristin L. Aiello*
> Kristin L. Aiello
> Disability Rights Maine
> 24 Stone Street, Suite 4
> Augusta, ME 04330
> (207) 626 2774
> kaiello@drcme.org
>
> Attorney for Plaintiff