UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| R.C.F., a minor, by and through his mother, DONNA ANDERSON,<br><br>    Plaintiff<br><br>v.<br><br>RANGELEY LAKES HERITAGE TRUST, INC.,<br><br>    Defendant | Case No. 1:17-cv-000250 |

## DECLARATION OF KRISTIN L. AIELLO, ESQ.

1.  I am the attorney for the Plaintiff, Donna Anderson, o/b/o of her minor son, R.C.F.  I swear and affirm the following:

2.  On March 1, 2018, the funds payable to the minor have been deposited as required by the Order Approving Minor's Settlement, dated January 30, 2018.

3.  The funds were deposited at the financial institution, Farmington-Skowhegan Savings, Account Number 158550 S, in a special needs trust for the minor.

4.  I certify that the Plaintiff, Donna Anderson, gave a copy of this Court's Order Approving Minor's Settlement, dated January 30, 2018 to the financial institution.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 1, 2018

/s/*Kristin L. Aiello*
Kristin L. Aiello, Esq.
Disability Rights Maine
24 Stone Street, Suite 204
Augusta, ME  04330
(207) 626-2774
kaiello@drme.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2018, I electronically filed the foregoing Joint Stipulation of Dismissal using the CM/ECF system which will send notice of electronic filing to parties and counsel of record.

*/s/ Kristin L. Aiello*
Kristin L. Aiello
Disability Rights Maine
24 Stone Street, Suite 4
Augusta, ME 04330
(207) 626 2774
kaiello@drcme.org

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2018, I electronically filed the foregoing Declaration of Kristin L. Aiello, Esq. using the CM/ECF system which will send notice of electronic filing to parties and counsel of record.

*/s/ Kristin L. Aiello*
Kristin L. Aiello
Disability Rights Maine
24 Stone Street, Suite 4
Augusta, ME 04330
(207) 626 2774
kaiello@drcme.org

Attorney for Plaintiff